---
State v. White
---

maneuver that the impact occurred. The jury answered issues of negligence and contributory negligence in the affirmative. Judgment was entered denying recovery.

*Uzzell and Dumont by Harry Dumont for plaintiff appellant.*

*Williams, Morris and Golding by James N. Golding for defendant appellees.*

STATE OF NORTH CAROLINA v. TOMMY HOYT WHITE

No. 7229SC582

(Filed 22 November 1972)

APPEAL by defendant from *Falls, Judge,* 8 May 1972 Session of Superior Court held in RUTHERFORD County.

Defendant was charged with felonious escape in violation of G.S. 148-45, having already been once convicted of escape. Represented by court-appointed counsel, defendant pleaded guilty to a violation of this statute. The court entered judgment that defendant be imprisoned for 9 months. Defendant appealed.

*Attorney General Morgan, by Deputy Attorney General Vanore, for the State.*

*Robert G. Summey for defendant appellant.*

BROCK, Judge.

Defendant's counsel asks that this Court review the record and determine if any error exists. We have carefully reviewed

the record and find that the bill of indictment was in proper form; that the guilty plea was freely, understandingly, and voluntarily made; and that the sentence imposed was within the statutory limits. We find the record free from prejudicial error. The judgment of the Superior Court is

Affirmed.

Chief Judge MALLARD and Judge BRITT concur.